PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

## Petition for Summons for Offender Under Supervision

**Name of Offender:** Jeffrey Rollins **Case Number:** 1:03-CR-087-01T

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** March 12, 2004

**Original Offense:** Count 1: Possession of a Firearm with an Obliterated Serial Number in violation of Title 18, U.S.C., 922(k), a Class D Felony.

**Original Sentence:** Five months imprisonment and three years supervised release with the first five months on home confinement with electronic monitoring, substance abuse treatment and testing, and 100 hours of community service

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** August 25, 2004

**Assistant U.S. Attorney:** Adi Goldstein **Defense Attorney:** Jeffrey Pine

---

### PETITIONING THE COURT

☒ To issue a **Summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition Violated | Nature of Noncompliance |
| --- | --- |
| **Standard Condition** | **While on supervision, the defendant shall not commit another federal, state, or local crime.**<br><br>On June 8, 2007, the offender committed the offense of Simple Assault as evidenced by his arrest by the Providence Police Department and subsequent charges in Sixth Division District Court under case number 61-2007-09096. |

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Summons so that the defendant can appear and answer to the alleged violation. With the issuance of this summons, the term of supervised release is effectively tolled pending resolution of the underlying state matter and subsequent violation proceedings.

Reviewed and Approved by:

Barry Weiner for

Maureen Bradley
Supervising U.S. Probation Officer

Date: 07/03/07

I declare under the penalty of perjury that the foregoing is true and correct:

Brian Pletcher

Brian Pletcher
Senior U.S. Probation Officer

Date: 7/3/07

## The Court Orders

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☑ The Issuance of a Summons
- ☐ Other

Ernest C Torres

Honorable Ernest C. Torres
Chief U.S. District Judge

7/10/07
Date