AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JEFFREY ROLLINS

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR03-87-01T

RECEIVED U.S. MARSHALS SERVICE JUL 18 2007 District of Rhode Island

(Name and Address of Defendant)

188 GRAY STREET, PROVIDENCE, RI

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room / Date and Time |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | Room: COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time: JULY 26, 2007 AT 10:00 A.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 3583

Brief description of offense:

PROBATION VIOLATION

Signature of Issuing Officer

July 17, 2007

Date

JEANNINE NOEL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

(Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

rvice was made by me on: Date 7/26/07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: US Magistrate Court 2 Exchange Terr Providence RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/26/07
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks: Δ's Atty Previously Served Electronic

2007 JUL 26 P 1:27

FILED

s form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.