AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA

v.

Jeffrey Rollins.

## EXHIBIT AND WITNESS LIST

Case Number: CR03-87T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Almond. | Goldstein | Pine |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9-21-07 | tape | Noel |

| | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| Abernante | | | 9-21 | | | witness statement - Abernante |
| Girard | 1 | | | 4ID | obj Full | photo - house - 34 Burgeon St. - Girard |
| | 2 | | | 4ID | obj Full | photo - side of house - evidence collected |
| | 3 | | | 4ID | obj Full | photo - side of house - 34 Burgeon St |
| | 4 | | | 4ID | obj Full | photo - blood stain on street. |
| | 5 | | | 4ID | obj Full | photo - spent round |
| | | | | | | incident report - Girard. |
| | 6 | | | ID. | NO | photo line-up instructions - Girard |
| | | | | | obj sus | statement Luis Rivera. |
| | | | | | | statement. - Potter |
| | 7 | | | ID. | NO | witness statement Luis Rivera - Rotella |
| | 8 | | | ID | NO | photo lineup sheet - Providence PD |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



36