UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 03-87T

JEFFREY ROLLINS

**ORDER DISMISSING NOTICE OF VIOLATION**

Based on Magistrate Judge Almond's Report and Recommendation dated September 26, 2007, and in the absence of objection, the notice of violation is hereby dismissed.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge

Date: Oct. 26, 2007